# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAHMAL O. DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>LONG BEACH CITY POLICE et al.,<br><br>Defendants. | No. CV 22-08676-ODW (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the John Doe defendants be dismissed from this action without prejudice for failure to prosecute.

Date: January 7, 2025

_____
OTIS D. WRIGHT, II
United States District Judge