JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JAHMAL O. DAVIS, | No. CV 22-08676-ODW (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| LONG BEACH CITY POLICE et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and failure to make timely service.

Date: July 15, 2025

_____
OTIS D. WRIGHT, II
United States District Judge